UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERCEDES-BENZ USA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CODING TECHNOLOGIES, LLC,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>1:17-CV-04952-LMM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in consideration of the covenant not to sue granted to Plaintiff Mercedes-Benz USA, LLC ("MBUSA"), MBUSA hereby dismisses this action with prejudice, with each party to bear its respective fees and costs.

This 18th day of January, 2018.

        TROUTMAN SANDERS LLP

        /s/ *James A. Lamberth*
        JAMES A. LAMBERTH
        james.lamberth@troutman.com
        Georgia Bar No. 431851
        PUJA PATEL LEA
        puja.lea@troutman.com
        Georgia Bar No. 320796

        600 Peachtree Street, N.E.
        Suite 5200, Bank of America Plaza
        Atlanta, GA 30308-2216
        Telephone: (404) 885-3362
        Facsimile: (404) 962-6611


        GIBSON, DUNN & CRUTCHER LLP

        BRIAN ANDREA
        (*Pro Hac Vice to be filed*)
        BRIAN ROSENTHAL
        (*Pro Hac Vice to be filed*)

        1010 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        Telephone: (202) 887-3624
        Facsimile: (202) 530-4220

        *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

The foregoing Complaint complies with Local Rule 5.1 and was prepared using Times New Roman (14 point) type.

This 18th day of January, 2018.

/s/ *James A. Lamberth*
JAMES A. LAMBERTH

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, the undersigned caused a true and correct copy of the foregoing to be placed in the United States Mail addressed as follows:

Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL  32801

/s/ *James A. Lamberth*
JAMES A. LAMBERTH